JOEL W. MASON et al., Respondents, *v.* CHARLES PARTRIDGE, Impleaded, etc., Appellant.

LEVY KILBURN et al., Respondents, *v.* THE SAME, Appellant.

EDWIN SAWYER et al., Respondents, *v.* THE SAME, Appellant.

(Argued May 24, 1876; decided June 6, 1876.)

THESE were actions against defendants, as partners, to recover for goods alleged to have been sold to the firm.

It appeared that defendants, Partridge and Whitney, entered into a written agreement by which the former agreed to furnish to the latter $2,000, to be used in the business of buying and selling chairs. Whitney was to conduct the business, to pay cash only, and Partridge was not to be liable beyond the $2,000, each to have one-half the profits. Partridge furnished the money as agreed. Whitney subsequently purchased of plaintiffs large amounts of goods for the business on credit. Plaintiffs knew the terms of the agreement. The referee found, upon what the court deemed sufficient evidence, that the limitations of the contract were thus disregarded with Partridge's knowledge. *Held,* that the agreement made Partridge a partner, and the limitations having been disregarded with his knowledge, they furnished no defence, and he was liable.

*Wheeler H. Peckham* for the appellant.

*Joseph H. Choate* for the respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgments affirmed.